UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03251

---

MULTI-VET LTD.,

        *Plaintiff,*

  -against-

PREMIER PET PRODUCTS, INC.,

        *Defendant.*

08 Civ. _____

Rule 7.1
Disclosure Statement

RECEIVED APR 01 2008 U.S.D.C. S.D.N.Y. CASHIERS

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the plaintiff Multi-Vet Ltd. states that it has no publicly held corporate parents, affiliates and/or subsidiaries.

    Pursuant to Rule 7.1.(b)(2), the plaintiff will advise the Court of any change in the above information by promptly filing a supplement to this Disclosure Statement.

Dated: April 1, 2008
      New York, NY

**ABELMAN FRAYNE & SCHWAB**

*[signature]*

Lawrence E. Abelman (LA 6486)
Michael Aschen (MA 6336)
666 Third Avenue
New York, NY 10017
(212) 949-9022

Counsel for the Plaintiff