JUDGE McKENNA

%AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Multi-Vet Ltd.

**SUMMONS IN A CIVIL ACTION**

V.

Premier Pet Products, Inc.

CASE NUMBER: 08 CV 03251

TO: (Name and address of Defendant)

Premier Pet Products, Inc.
14201 Sommerville Ct.
Midlothian, VA 23113-6884

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Aschen
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    APR 01 2008

## AFFIDAVIT OF SERVICE

**United States District Court**
**Southern District of New York**

**Case No.: 08 CV 03251**

**Plaintiff(s):**
**Multi-Vet, Ltd.**

**vs**

**Defendant(s):**
**Premier Pet Products, Inc.**

Received by Richmond Court Services, Inc. to be served on **Premier Pet Products, Inc. at 14201 Sommerville Ct., Midlothian, VA 23113. I Kenneth V. Condrey** being duly sworn, depose and say that on the 7ᵀᴴ day of _APRIL_ , 2008 At _2:35_ _P_.m., executed service by delivering a **Summons & Complaint, Rule 7.1 Statement and Judges Rules** in accordance with state statutes in the manner marked below:

( ) PERSONAL SERVICE ON:_____

( ) SUBSTITUTE SERVICE: By Serving _____as_____
_____.

(✓) CORPORATE SERVICE: By Serving _LATASHA THWEATT_ as _AUTHORIZED AGENT_
_FOR PREMIER PET PRODUCTS, INC._ at _14201 SOMMERVILLE CT._
_____ _MIDLOTHIAN, VA. 23113_ .

( ) REGISTERED AGENT: By Serving_____as an Authorized agent
   for_____, Registered Agent for _____.

( ) Description of Person Served _BLACK FEMALE, 35 Y 5'6" 135, BLK HAIR_

**COMMENTS:**_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 8ᵗʰ day
Of _APRIL_ , 2008 by the affiant who is
Personally known to me.

_Karen C Rice_
NOTARY PUBLIC
My commission expires 10-31-09

PROCESS SERVER#_____
Appointed in accordance
with state statutes.

**Richmond Court Services, Inc**
**7742 Robinwood Dr.**
**Chesterfield, VA 23832**
**804-271-1442**


KAREN L. RICE
NOTARY PUBLIC- VIRGINIA
CHESTERFIELD COUNTY
MY COMMISSION EXPIRES: 10-31-09
REGISTRATION #355099