McKenna, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MULTI-VET, LTD.,                      :
                                      :    Case No. 08 CV 03251 (LMM)
                     Plaintiff,       :
                                      :    STIPULATION AND ORDER
     v.                               :
                                      :
PREMIER PET PRODUCTS, INC.,           :
                                      :
                     Defendant.       :
------------------------------------- :
                                      x

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for plaintiff Multi-Vet, Ltd. ("Multi-Vet") and defendant Premier Pet Products, Inc. ("Premier") that Premier's time to answer or otherwise respond to Multi-Vet's complaint in this action is extended from April 28, 2008 to and including May 28, 2008. No previous request for an extension of the time to respond to the complaint in this case has been made.

Dated: New York, New York
       April 24, 2008

ABELMAN, FRAYNE & SCHWAB          KING & SPALDING LLP

_____ 4/24/08           _____
Lawrence E. Abelman               Keith Sharkin
Michael Aschen /Anthony J. DiFilippi   1185 Avenue of the Americas
666 Third Avenue       (AD7870)   New York, New York 10036
New York, NY 10017-5612           ksharkin@kslaw.com
(212) 949-9022                    (212) 556-2100

Attorneys for Mutli-Vet, Ltd.     Attorneys for Premier Pet Products, Inc.


SO ORDERED:

_____ 4/25/08
Honorable Lawrence M. McKenna
United States District Judge