UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD.,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PREMIER PET PRODUCTS, INC.,<br><br>     Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)   CIVIL ACTION NO. 08-CV-03251 (LMM)<br>)              JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Premier Pet Products LLC, ("Premier Pet") states that it has no parent corporation, and no publicly held company holds more than ten percent (10%) of the stock of Premier Pet.

                                KING & SPALDING LLP

DATE: May 28, 2008              By: /s/ Keith E. Sharkin
                                Keith E. Sharkin
                                1185 Avenue of the Americas
                                New York, New York 10036
                                Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222
                                ksharkin@kslaw.com

Of Counsel:
Christopher J. Sorenson
Kristine M. Boylan
Elizabeth A. Zidones
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

                                **Attorneys for Premier Pet Products, Inc.**

## CERTIFICATE OF SERVICE

It is hereby certified that true and correct copies of *Premier Pet Products, Inc.'s Answer and Counterclaims* and *Corporate Disclosure Statement* were served this day via U.S. mail delivery, in an envelope addressed to:

> Lawrence E. Abelman
> Abelman, Frayne & Schwab
> 666 Third Avenue
> New York, NY 10017

Dated: May 28, 2008

_____
Keith E. Sharkin