Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO. 08-CV-03251 (LMM) <br><br> **MOTION TO ADMIT COUNSEL** <br><br> *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Keith E. Sharkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|   |   |
|---|---|
| Applicant's Name: | Christopher J. Sorenson |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
|  | 80 South Eighth Street |
|  | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 332-5300 |
| Fax Number: | (612) 332-9081 |
| Email Address: | csorenson@merchantgould.com |
| To Represent: | Defendant and Counterclaim Plaintiff |

Christopher J. Sorenson is a member in good standing of the Bar of the State of Minnesota.

There are no pending disciplinary proceeding against Christopher J. Sorenson in any State or Federal court.

Dated:  June 6, 2008                     Respectfully submitted,

*/s/ Keith E. Sharkin*

Keith E. Sharkin
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
ksharkin@kslaw.com


Attorney for Premier Pet Products, Inc.

Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO. 08-CV-03251 (LMM) <br><br> **AFFIDAVIT OF KEITH E. SHARKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Keith E. Sharkin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at King & Spalding, LLP, counsel for Defendant and Counterclaim Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Counterclaim Plaintiff's motion to admit Christopher J. Sorenson, Esq. as counsel *pro hac vice* to represent Defendant/Counterclaim Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Christopher Sorenson since 2007.

4. Mr. Sorenson is a partner at Merchant & Gould in Minneapolis, Minnesota.

5. I have found Mr. Sorenson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Christopher J. Sorenson, pro *hac vice*.

7. I respectfully submit a proposed order granting the admission of Christopher J. Sorenson, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Christopher J. Sorenson, *pro hac vice*, to represent Defendant/Counterclaim Plaintiff in the above captioned matter, be granted.

_____
Keith E. Sharkin

Sworn to before me this
6 day of JUNE, 2008

_____
Notary Public

STEPHEN S. MURAWSKI
Notary Public, State of New York
No. 01MU6115044
Qualified in NASSAU County
Certificate Filed in New York County
Commission Expires August 30, 20 08

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHRISTOPHER JOHN SORENSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on October 25, 1996

Given under my hand and seal of this court on June 03, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO. 08-CV-03251 (LMM) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of Keith E. Sharkin, attorney for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Christopher J. Sorenson |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 332-5300 |
| Fax Number: | (612) 332-9081 |
| Email Address: | csorenson@merchantgould.com |
| To Represent: | Defendant and Counterclaim Plaintiff |

is admitted to practice *pro hac vice* as counsel for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____

New York, New York

                                              _____
                                              United States District Judge

Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION No. 08-CV-03251 (LMM) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a true and correct copy of the (i) Motion To Admit Counsel *Pro Hac Vice*, (ii) Affidavit of Keith E. Sharkin In Support Of Motion To Admit Counsel *Pro Hac Vice*, (iii) Certificates of Good Standing for the Supreme Court of Minnesota, and (iv) Order For Admission *Pro Hac Vice* On Written Motion by electronic mail and by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows:

> Lawrence E. Abelman
> Abelman, Frayne & Schwab
> 666 Third Avenue
> New York, NY 10017

Date: June 6, 2008

_____
Susan A. Kim