Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MULTI-VET LTD., | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | CIVIL ACTION NO. 08-CV-03251 (LMM) |
| | ) | JURY DEMANDED |
| v. | ) | |
| | ) | |
| PREMIER PET PRODUCTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## PREMIER PET PRODUCTS, LLC'S AMENDED ANSWER AND COUNTERCLAIMS

Defendant Premier Pet Products, LLC (hereinafter "Premier") hereby answers Plaintiff

Multi-Vet Ltd.'s (hereinafter "Multi-Vet") Complaint as follows:

1.      Premier is without sufficient knowledge to admit or deny the allegations of

Paragraph 1, and therefore denies Paragraph 1.

2.      The allegations contained in Paragraph 2 are denied.

3.      Premier states that the proper name of the Defendant is Premier Pet Products,

LLC.  The remaining allegations contained in Paragraph 3 are admitted.

4.      The allegations contained in Paragraph 4 are admitted.

## JURISDICTION AND VENUE

5.    Premier admits that this is an action under the statutes cited in Paragraph 5 but denies the remaining allegations of Paragraph 5.

6.    The allegations contained in Paragraph 6 are admitted.

7.    The allegations contained in Paragraph 7 are denied.

8.    The allegations contained in Paragraph 8 are denied.

## FACTS COMMON TO ALL CAUSES OF ACTION

9.    The allegations contained in Paragraph 9 are denied.

10.    The allegations contained in Paragraph 10 are denied.

11.    The allegations contained in Paragraph 11 are denied.

12.    The allegations contained in Paragraph 12 are admitted.

13.    Premier admits that the mark that is the subject of U.S. Trademark Registration No. 2,762,487 is valid, but denies that Multi-Vet owns the registration.

14.    The allegations contained in Paragraph 14 are denied.

15.    The allegations contained in Paragraph 15 are denied.

16.    Premier admits that it sells dog training collars, and except as so admitted, denies the remaining allegations of Paragraph 16.

## FIRST CLAIM SEEKING
## INJUNCTIVE RELIEF FOR
## TRADEMARK INFRINGEMENT (15 U.S.C. §1114)

17.    Premier repeats its responses to the allegations in Paragraphs 1 through 16 above.

18.    The allegations contained in Paragraph 18 are denied.

19.    The allegations contained in Paragraph 19 are denied.

20.    The allegations contained in Paragraph 20 are denied.

21.     The allegations contained in Paragraph 21 are denied.

22.     The allegations contained in Paragraph 22 are denied.

## SECOND CLAIM SEEKING INJUNCTIVE
## AND MONETARY RELIEF FOR FALSE DESIGNATION OF
## ORIGIN IN VIOLATION OF 15 U.S.C. §1125(a)

23.     Premier repeats its responses to the allegations in Paragraphs 1 through 22 above.

24.     The allegations contained in Paragraph 24 are denied.

25.     The allegations contained in Paragraph 25 are denied.

26.     The allegations contained in Paragraph 26 are denied.

27.     The allegations contained in Paragraph 27 are denied.

## THIRD CLAIM SEEKING
## INJUNCTIVE AND MONETARY RELIEF FOR UNFAIR
## COMPETITION IN VIOLATION OF THE COMMON LAW

28.     Premier repeats its responses to the allegations in Paragraphs 1 through 27 above.

29.     The allegations contained in Paragraph 29 are denied.

30.     The allegations contained in Paragraph 30 are denied.

31.     The allegations contained in Paragraph 31 are denied.

32.     The allegations contained in Paragraph 32 are denied.

33.     The allegations contained in Paragraph 33 are denied.

34.     The allegations contained in Paragraph 34 are denied.

35.     The allegations contained in Paragraph 35 are denied.

## AFFIRMATIVE DEFENSES

36.     Without admitting any of the allegations of the Complaint, Premier alleges as

follows:

3

## FIRST AFFIRMATIVE DEFENSE

37.    Defendant, not Plaintiff, owns U.S. Trademark Registration No. 2,762,487.

## SECOND AFFIRMATIVE DEFENSE

38.    Plaintiff has failed to state a claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

39.    Plaintiff's claims are barred under the doctrines of laches, estoppel, abandonment, waiver and acquiescence.

## FOURTH AFFIRMATIVE DEFENSE

40.    Plaintiff has not suffered any damages as a result of the alleged acts.  Plaintiff would be unjustly enriched if allowed to recover all or any part of the damages or remedies alleged in the Complaint.

## COUNTERCLAIMS

For its counterclaims against Counterclaim Defendant Multi-Vet Ltd., ("Multi-Vet"), Counterclaim Plaintiff Premier Pet Products, LLC ("Premier") demands a trial by jury and alleges upon knowledge as to its own acts and upon information and belief as to acts of others that:

## THE PARTIES

1.    Premier is a Virginia corporation with a principal place of business at 14201 Sommerville Ct., Midlothian, VA 23113-6884.

2.    Multi-Vet is a Canadian limited liability company with an office at 17420 rue Centrale, Saint-Hyacinethe, Quebec, Canada J2T 3L7.

4

## JURISDICTION AND VENUE

3.     This is an action for trademark infringement under the Lanham Act, 15 U.S.C.

§ 1051 *et. seq.*  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

1338.

4.     This Court has personal jurisdiction over Multi-Vet in that, *inter alia*, Multi-Vet

voluntarily filed a Complaint in this Court to which these Counterclaims are directed.

5.     Venue is proper in this district because the Counterclaims relate to the Complaint

already pending in this district.

## FACTUAL ALLEGATIONS

6.     Pursuant to a Technology License and Distribution Agreement dated April 30,

2001, Premier sold dog training collars that incorporated the technology subject of Multi-Vet's

U.S. Patent No. 4,627,385 in the United States.

7.     Pursuant to that Technology License and Distribution Agreement, Multi-Vet

would register on Premier's behalf any new trademarks adopted by Premier for Premier's use

and sale of those dog training collars in the United States.

8.     Under that Technology License and Distribution Agreement, any U.S. trademark

registration that Multi-Vet registered based on Premier's creation and use would be assigned to

Premier upon termination of the parties' relationship.

9.     To that end, the GENTLE SPRAY mark, among others, were adopted by Premier

after the April 30, 2001 Agreement for Premier's use and sale of dog training collars that

incorporated technology subject of Multi-Vet's U.S. Patent No. 4,627,385.

10.    On Premier's behalf, and based on Premier's use and development of the GENTLE SPRAY mark, Multi-Vet filed and obtained U.S. Trademark Registration No. 2,762,487.

11.    When the parties' relationship ended in or around July 2007, no assignment, including the assignment of U.S. Trademark Registration No. 2,762,487, was ever executed or recorded with the United States Patent and Trademark Office.

12.    Multi-Vet thereafter started use of the GENTLE SPRAY trademark and other Premier marks in or around May 2008 when it began advertising, promoting and selling dog collars under the GENTLE SPRAY name and in packaging confusingly similar to that of Premier's in the United States.

13.    An example of Premier's packaging and use of the GENTLE SPRAY mark appears on Exhibit A. The Multi-Vet packaging and use of the GENTLE SPRAY mark, as recently created and used in the United States as of May 2008, appears on Exhibit B.

## COUNT I
## INFRINGEMENT OF FEDERAL TRADEMARK REGISTRATION NOS. 2,762,487 and 2,685,911

14.    Premier hereby realleges and incorporates by reference the allegations of Paragraphs 1-13 of this Counterclaim as if fully set forth herein.

15.    Premier is the lawful owner of U.S. Trademark Registration No. 2,762,487 for the mark GENTLE SPRAY, and of other marks now on the Principal Register and at common law, including but not limited to U.S. Trademark Registration No. 2,685,911 for the mark NO SHOCK NO PAIN and design, as used on the packaging of anti-bark collars and other products.

6

16.    Multi-Vet's use of Premier's GENTLE SPRAY mark, NO SHOCK NO PAIN mark, and other marks in connection with sales and advertising of pet products in interstate commerce is unauthorized and without permission.

17.    Multi-Vet's use of Premier's GENTLE SPRAY mark, NO SHOCK NO PAIN mark, and other marks is likely to cause confusion, mistake, or deception in violation of 15 U.S.C. § 1114(a).

## COUNT II
## FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. 1125(A)

18.    Premier hereby realleges and incorporates by reference the allegations of paragraphs 1-17 of this Counterclaim as if fully set forth herein.

19.    Multi-Vet has used Premier's GENTLE SPRAY mark, NO SHOCK NO PAIN mark, and other Premier designations and marks in connection with sales and advertising of pet products in interstate commerce, without permission.

20.    Multi-Vet's use of Premier's GENTLE SPRAY designation, NO SHOCK NO PAIN designation, and other Premier designations and marks is likely to cause confusion and to cause mistake, and to deceive as to the affiliation, connection or association of Multi-Vet's products with Premier and as to the origin, sponsorship, or approval of Multi-Vet's products and commercial activities by Premier.

21.    Multi-Vet's wrongful activities have caused, and will continue to cause, harm to Premier.

7

## COUNT III
## COMMON LAW UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT

22.     Premier hereby realleges and incorporates by reference the allegations of paragraphs 1-21 of this Counterclaim as if fully set forth herein.

23.     Multi-Vet's activities as stated herein constitute unfair competition and trademark infringement in violation of Premier's common law rights within the State of New York and in violation of New York law.

24.     Multi-Vet's wrongful and infringing activities have caused, and will continue to cause, harm to Premier if not enjoined.

25.     Multi-Vet's acts were taken in deliberate, willful and intentional disregard of Premier's rights.

## PRAYER FOR RELIEF

WHEREFORE, Premier prays that the Court enter an Order:

A.      For Judgment in Premier's favor on its claims of trademark infringement, false designation of origin and unfair competition.

B.      For Judgment dismissing Multi-Vet's claims with prejudice.

C.      Permanently enjoining Multi-Vet, its agents, servants, employees, successors and assigns and all others in concert and privity with them from using Premier's marks, including but not limited to the GENTLE SPRAY mark and the NO SHOCK NO PAIN mark, in connection with pet products, particularly dog training collars.

D.      Compelling Multi-Vet to execute the assignment for the GENTLE SPRAY mark to Premier, or, pursuant to 15 U.S.C. § 1119, directing the Director of the United States Patent and Trademark Office to correct the record for U.S. Trademark Registration No. 2,762,487 to list Premier as the Registrant of U.S. Trademark Registration No. 2,762,487.

8

E.      Awarding all damages and items recoverable under 15 U.S.C. § 1117, including

(i) Multi-Vet's profits from use of Premier's marks; (ii) Premier's damages; (iii)

Premier's attorneys fees and costs; and (iv) treble damages.

F.      Awarding any such further relief as this Court deems just and equitable.

KING & SPALDING LLP

DATE: June 11, 2008                     By: _____

Keith E. Sharkin
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
ksharkin@kslaw.com

Of Counsel:
Christopher J. Sorenson
Kristine M. Boylan
Elizabeth A. Zidones
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**Attorneys for Premier Pet Products, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that true and correct copy of *Premier Pet Products, LLC's Amended Answer and Counterclaims* were served this day via U.S. mail delivery, in an envelope addressed to:

Lawrence E. Abelman
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017

Dated: June 11, 2008

Keith E. Sharkin

# EXHIBIT A



Home | Pet Supplies | Help Center | Health Topics | Shipping | Privacy Policy | Lo

**HealthyPets.com™**
Not just pets...  HealthyPets!

Product Sea

**DOG  CAT  BIRD  FISH  REPTILE  SMALL PET  HORSE  View Cart**

1 (800) 889-9

## Flea and Tick
- Advantage Flea Control for Dogs
- Advantage Flea Control for Cats
- Frontline Top Spot For Dogs
- Frontline Top Spot For Cats
- Frontline PLUS for Dogs
- Frontline PLUS for Cats
- Program Flea Control for Dogs
- Program Flea Control for Cats
- K9 ADVANTIX

## Nutrition
- Nutritional Supplements
- Arthritis and Joint Supplements

## Pet Care Products
- Shampoos and Sprays
- Ear & Eye Products
- Flea and Tick Collars

## Pet Medications
- Dental Products
- Dewormers

## Pet Supplies
- Topicals
- Toys and Treats
- Vaccines
- Reptile Products
- Horses and Other Pets
- Pet Supplies



**HACKER SAFE**
TESTED DAILY  23-MAY

Home > Traveling with your Pet > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > Premier Pet
Home > Pet Gift Ideas > Toys and Treats > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > Pre
Home > Traveling with your Pet > Toys for Cats > Pet Supplies > Pet Supplies by Brand > Premier Pet

# Gentle Spray VALUE PACK



View Larger

| | |
|---|---|
| Item #. | PREMGSCKIT |
| Item Rating: | Rate this item |
| Regular Price: | $120.00 |
| Sale Price: | **$89.99** |
| Enter Quantity: | 1 |

**Send To A Friend**

---

Description     **Customer Reviews**

**Shipping Info.** **SHIPS GROUND.** Please allow 4 to 7 business da
delivery to arrive.

The GentleSpray Value kit comes with the GentleSpray anti-bark c
humanly teaches your dog not to bark and comes with everything y
started. This kit also comes with an additional 2 pack replacement t
3 oz citronella refill bottles.

See all GentleSpray products

This item is DISCONTINUED. We apologize for any inconvenienc
**Gentle Spray Value Pack** to stop problem barking of your dog.

---

Home | About Us | Help Center | Search | Order Tracking | Shopping Cart | S
Policy | Pet Supplies | Pet Grooming | Frontline Plus | Healthy Pet Topics | A
Heartgard | Pet Toys & Treats | K9 Advantix | Site Ma

Copyright © 2001 - 2008 HealthyPets.com - All rights rese

# EXHIBIT B



**HealthyPets.com™**
Not just pets.... HealthyPets!®

Home | Pet Supplies | Help Center | Health Topics | Shipping | Privacy Policy | L

**DOG** | **CAT** | **BIRD** | **FISH** | **REPTILE** | **SMALL PET** | **HORSE** | View Cart

Product Sea

1 (800) 889-9

## Flea and Tick
• Advantage Flea Control for Dogs
• Advantage Flea Control for Cats
• Frontline Top Spot For Dogs
• Frontline Top Spot For Cats
• Frontline PLUS for Dogs
• Frontline PLUS for Cats
• Program Flea Control for Dogs
• Program Flea Control for Cats
• K9 ADVANTIX

## Nutrition
• Nutritional Supplements
• Arthritis and Joint Supplements

## Pet Care Products
• Shampoos and Sprays
• Ear & Eye Products
• Flea and Tick Collars

## Pet Medications
• Dental Products
• Dewormers

## Pet Supplies
• Topicals
• Toys and Treats
• Vaccines
• Reptile Products
• Horses and Other Pets
• Pet Supplies


TESTED DAILY  23-MAY

Home > Traveling with your Pet > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > MULTIVET
Home > Pet Gift Ideas > Toys and Treats > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > MU
Home > Traveling with your Pet > Toys for Cats > Pet Supplies > Pet Supplies by Brand > MULTIVET

# Multivet Gentle Spray Citronella Anti-Bark Co




View Larger



| | |
|---|---|
| Item #: | PREMIERGSC |
| Item Rating: | Rate this item |
| Regular Price: | $85.99 |
| Sale Price: | **$49.99** |
| Enter Quantity: | 1 |

**Add To Cart**

**Send To A Friend**

---

Description    **Customer Reviews**

**Shipping Info** **SHIPS GROUND**. Please allow 4 to 7 days for yo
arrive.

Immediately and humanely stop problem barking. This bark collar
breed of dog that is at least 6 months old and weighs 6 lbs. or more

The Multivet Gentle Spray citronella Anti-Bark Collar is the most
humane solution for nuisance barking. Stop the problem barking! R
leading veterinarians, behaviorists, and trainers. Gentle Spray uses
technology to deliver a harmless burst of citronella spray that inter
barking. **It's two times more effective than shock collars.** The spr
the dog's senses - he sees it, hears it, smells it and feels it.

**Includes:**

- anti-bark device (weighs 2.5 oz)
- citronella refill
- adjustable nylon collar
- 6-volt battery
- detailed instructions and lifetime warranty.

**Customer Testimonial**

We got one of these for our barker because a behaviorist advised us you can't argue
barker when s/he's doing it. It works great and the dog smells terrific. Seriously, we
we know he will be in one of those situations where he is likely to bark, such as stran
or a visit to a dog-friendly beach. The darn things are super-expensive, BUT **A)** they
collar and **B)** they never fail, unlike dog whistles which are only useful on some dogs
while your dog is sitting on your lap wearing the collar, or you will get a dose, too.

E.Z.

Save even more, buy the value pack

## Customers Who Bought This Item Also Bought



**Multivet Spray Commander
Remote Trainer**

Price: $175.99

**Sale Price: $116.99**



**Premier Gentle Leader
Calming Cap**

Price: $19.95

**Sale Price: $15.99**

NEW!
Aids

Price: $

Sale Pr

Home | About Us | Help Center | Search | Order Tracking | Shopping Cart | S
Policy | Pet Supplies | Pet Grooming | Frontline Plus | Healthy Pet Topics | A
Heartgard | Pet Toys & Treats | K9 Advantix | Site Ma

Copyright © 2001 - 2008 HealthyPets.com - All rights rese