Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PREMIER PET PRODUCTS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 08-CV-03251 (LMM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT PREMIER PET PRODUCTS, LLC'S MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that upon the (1) Brief In Support of Motion for Preliminary Injunction; (2) Declaration of Sharon Madere in Support of Defendant's Motion for Preliminary Injunction; (3) Declaration of Evan Wooton in Support of Defendant's Motion for Preliminary Injunction; (4) Declaration of Thanna Vickerman in Support of Defendant's Motion for Preliminary Injunction; and (5) Declaration of Elizabeth Zidones in Support of Defendant's Motion for Preliminary Injunction, the undersigned hereby moves this Court before the Honorable Lawrence M. McKenna, United States District Judge, in Room 15D of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on a date to be determined by the court, for an Order granting Defendant injunctive relief according to the terms set forth below:

That Plaintiff, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through and under them be preliminarily enjoined and restrained for the pendency of this action:

(a) from using Premier's trademarks and the GENTLE SPRAY name and packaging in any manner in connection with the advertising, promotion, offering for sale, or sale of any pet product;

(b) from, in particular, selling an anti-bark collar in the packaging depicted in the attached exhibits (Exhibits 18 and 19 to the Declaration of Elizabeth Zidones filed with Premier's Motion for Preliminary Injunction); and

(c) for such other and further relief as the Court may deem just and proper.


KING & SPALDING LLP

DATE: June 13, 2008           By: /s/ Keith E. Sharkin
                                  Keith E. Sharkin
                                  1185 Avenue of the Americas
                                  New York, New York 10036
                                  Telephone: (212) 556-2100
                                  Facsimile:  (212) 556-2222
                                  ksharkin@kslaw.com


Of Counsel:
Christopher J. Sorenson
Kristine M. Boylan
Elizabeth A. Zidones
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

**Attorneys for Premier Pet Products, LLC**

# CERTIFICATE OF SERVICE

It is hereby certified that true and correct copies of *Defendant Premier Pet Products, LLC's Motion For Preliminary Injunction*; *Brief In Support of Motion for Preliminary Injunction*; *Declaration of Sharon Madere in Support of Defendant's Motion for Preliminary Injunction*; *Declaration of Evan Wooton in Support of Defendant's Motion for Preliminary Injunction*; *Declaration of Thanna Vickerman in Support of Defendant's Motion for Preliminary Injunction*; *Declaration of Elizabeth Zidones in Support of Defendant's Motion for Preliminary Injunction*; and corresponding Exhibits were served this day via U.S. mail delivery, in an envelope addressed to:

> Lawrence E. Abelman
> Abelman, Frayne & Schwab
> 666 Third Avenue
> New York, NY 10017

Dated: June 13, 2008

/s/ Keith E. Sharkin
Keith E. Sharkin