IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., | ) |
|     Plaintiff and<br>    Counterclaim Defendant, | )<br>)<br>) |
| v. | ) |
| PREMIER PET PRODUCTS, LLC, | ) Civil Action No. 08-cv-03251<br>) |
|     Defendants and<br>    Counterclaim Plaintiff. | ) Declaration of Thanna Vickerman in<br>) Support of Premier's Motion for a<br>) Preliminary Injunction |

## DECLARATION OF THANNA VICKERMAN IN SUPPORT OF DEFENDANT'S MOTION FOR A PRELIMINARY INJUNCTION

I, Thanna Vickerman, do hereby state as follows:

1. My name is Thanna Vickerman. I work for Marksmen, a worldwide industry leader in intellectual property investigations and acquisitions. I have personal knowledge of the facts stated in this declaration.

2. I submit this declaration to provide fact relevant to Premier's motion to ask this Court to prohibit any further sale by Plaintiff/Counterclaim Defendant Multi-Vet, Ltd. ("Multi-Vet") of its anti-bark collar in the United States under the name GENTLE SPRAY and in Premier's GENTLE SPRAY packaging until there can be a final

adjudication of legal dispute between Premier and Multi-Vet. By the term "GENTLE SPRAY," I mean to refer to the name and word mark GENTLE SPRAY. By the term "Premier's GENTLE SPRAY packaging," I mean to refer to packaging with the golden retriever image, an arc and contrasting blue and purple colors.

3. At Premier's request, I instituted an independent investigation of Multi-Vet, Ltd.'s advertising sales of its anti-bark collars.

4. I discovered that at least as early as May 30, 2008, Multi-Vet was advertising and selling an anti-bark collar under the name GENTLE SPRAY and in Premier's GENTLE SPRAY packaging over the internet at a number of internet cites:; www.entirelypets.com; www.thehungrypuppy.com; www.dogexplorer.com; www.inovago.com; www.snrpetsupplies.com; www.healthypets.com. A true and correct copy of the healthypets.com website showing advertisement of the Multi-Vet GENTLE SPRAY product on May 23, 2008 is attached hereto as an example of the internet presence as **Exhibit A**.

5. I searched for "Gentle Spray" on the internet website www.amazon.com. The search yielded three pages of results. A true and correct copy of the search results is attached hereto as **Exhibit B**.

6. In viewing the search results, I observed the Premier name, the Multi-Vet name, products, Premier's GENTLE SPRAY name, Premier's GENTLE SPRAY packaging and consumer reviews for the products where the Premier and Multi-Vet product names, pictures and reviews are all confused. For example, I clicked on the search result "Premier Gentle Spray Citronella Anti-Bark Collar," and a Multi-Vet branded GENTLE SPRAY product appeared. This result also contains a customer

review from September 24, 2007. The Multi-Vet Gentle Spray product was just released in May 2008, so the customer review has confused the two products. A true and correct copy of these aspects of the search results is attached hereto as **Exhibit C**.

7. In the course of the investigation, I sought and successfully purchased a Multi-Vet branded GENTLE SPRAY product from our offices in the United States, which was delivered to our offices in the United States. Digital photographs of the shipping box and label were made for Marksmen's files. The container was then opened to confirm the integrity of my order. The contents of the package consisted of the Multi-Vet branded GENTLE SPRAY product, a receipt and two product flyers. Digital photographs of the product and a copy of the invoice were made for Marksmen's files. A true and correct copy of the digital photographs taken of the Multi-Vet branded GENTLE SPRAY product is attached hereto as **Exhibit D**.

8. At Marksmen, we earn a customary fee for our investigatory services, which in this case is unlikely to exceed $2000.

9. If called upon, I am able to testify to the matters stated herein.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

9 June 2008
Date

Thanna Vickerman



Home | Pet Supplies | Help Center | Health Topics | Shipping | Privacy Policy | Lo



Product Sea

1 (800) 889-9

### Flea and Tick

- Advantage Flea Control for Dogs
- Advantage Flea Control for Cats
- Frontline Top Spot For Dogs
- Frontline Top Spot For Cats
- Frontline PLUS for Dogs
- Frontline PLUS for Cats
- Program Flea Control for Dogs
- Program Flea Control for Cats
- K9 ADVANTIX

### Nutrition

- Nutritional Supplements
- Arthritis and Joint Supplements

### Pet Care Products

- Shampoos and Sprays
- Ear & Eye Products
- Flea and Tick Collars

### Pet Medications

- Dental Products
- Dewormers

### Pet Supplies

- Topicals
- Toys and Treats
- Vaccines
- Reptile Products
- Horses and Other Pets
- Pet Supplies



Home > Traveling with your Pet > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > MULTIVET
Home > Pet Gift Ideas > Toys and Treats > Toys for Dogs > Pet Supplies > Pet Supplies by Brand > MU
Home > Traveling with your Pet > Toys for Cats > Pet Supplies > Pet Supplies by Brand > MULTIVET

## Multivet Gentle Spray Citronella Anti-Bark Co



View Larger



| | |
|---|---|
| Item #: | PREMIERGSC |
| Item Rating: | Rate this item |
| Regular Price: | $85.99 |
| Sale Price: | **$49.99** |
| Enter Quantity: | 1 |



**Description**    **Customer Reviews**

**SHIPS GROUND.** Please allow 4 to 7 days for yo arrive.

Immediately and humanely stop problem barking. This bark collar breed of dog that is at least 6 months old and weighs 6 lbs. or more.

The Multivet Gentle Spray citronella Anti-Bark Collar is the most e humane solution for nuisance barking. Stop the problem barking! R leading veterinarians, behaviorists, and trainers. Gentle Spray uses technology to deliver a harmless burst of citronella spray that interr barking. **It's two times more effective than shock collars.** The spr the dog's senses - he sees it, hears it, smells it and feels it.

**Includes:**

**Exhibit A**

- anti-bark device (weighs 2.5 oz)
- citronella refill
- adjustable nylon collar
- 6-volt battery
- detailed instructions and lifetime warranty.

**Customer Testimonial**

We got one of these for our barker because a behaviorist advised us you can't argue
barker when s/he's doing it. It works great and the dog smells terrific. Seriously, we
we know he will be in one of those situations where he is likely to bark, such as stran
or a visit to a dog-friendly beach. The darn things are super-expensive, BUT **A)** they
collar and **B)** they never fail, unlike dog whistles which are only useful on some dogs.
while your dog is sitting on your lap wearing the collar, or you will get a dose, too.

E.Z.

Save even more, buy the value pack

**Customers Who Bought This Item Also Bought**

| Multivet Spray Commander Remote Trainer | Premier Gentle Leader Calming Cap | NEW! Aids |
|---|---|---|
| Price: $175.99 | Price: $19.95 | Price: $ |
| **Sale Price: $116.99** | **Sale Price: $15.99** | **Sale Pr** |



Home | About Us | Help Center | Search | Order Tracking | Shopping Cart | S
Policy | Pet Supplies | Pet Grooming | Frontline Plus | Healthy Pet Topics | A
Heartgard | Pet Toys & Treats | K9 Advantix | Site Ma

Copyright © 2001 - 2008 HealthyPets.com - All rights rese

Hello. Sign in to get **personalized recommendations**. New customer? **Start here**.

**Shopping for Father's Day Gifts?**
Sponsored by Casio Watches

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Amazon.com | "Gentle Spray"

## ""Gentle Spray""

Showing Top Results | « Previous | **Page: 1** 2 3 | Next »

1.  **Gentle Spray Citronella Refill 2 Pack** by Premier
   Buy new: **$14.60**   2 Used & new from $14.60
   In stock. Processing takes an additional 2 to 3 days.
   ★★★★★ (1)
   **Home & Garden:** See all 24 items

2.  **Premier Gentle Spray Anti-Bark Dog Collar** by Premier (Jul 11, 2006)
   Buy new: $99.99 **$32.89**   10 Used & new from $32.89
   In Stock
   ★★★☆☆ (203)
   **Home & Garden:** See all 24 items

3.  **Gentle Spray Refill - 3 Pack** by Premier
   Buy new: $26.97 **$21.39**   2 Used & new from $21.39
   In Stock
   ★★★★½ (3)
   **Home & Garden:** See all 24 items

4.  **Gentle Spray Replacement Battery 2-Pack** by Premier
   Buy new: **$5.69**   3 Used & new from $5.69
   In Stock
   ★★★★★ (2)
   **Home & Garden:** See all 24 items

5.  **Gentle Spray Value Pack** by Premier
   Buy new: **$65.93**
   In stock. Processing takes an additional 2 to 3 days.
   **Everything Else:** See all items

6.  **PREMIER PET PRODUCTS GSBAT6VCLIPSTRIP GENTLE SPRAY BATTERY CLIP STRIP OF 6 RETAIL** by Premier
   Buy new: **$9.98**   3 Used & new from $9.98
   In Stock
   **Electronics:** See all 2 items

7. **PREMIER PET PRODUCTS GSVIRFENCE GENTLE SPRAY VIRTUAL FENCE** by Premier
   1 Used & new from $159.99
   **Office Products:** See all items

8. **Premier Batteries for Gentle Spray products 6 volt 2 per pack** by Premier (Jul 11, 2006)
   Buy new: $9.98 **$6.79**   4 Used & new from $6.79
   In Stock

### Category
**Any Category**
Books (354)
Home & Garden (24)
Health & Personal Care (5)
Electronics (2)
Everything Else (1)
Office Products (1)

### Shipping Option
**Any Shipping Option**
Can be shipped within one business day from Amazon.com

### Listmania!


**Books for Homesteaders**: A list by L. Ward


**U.H.of.A: Growing, Harvesting, and Preserving Food**: A list by UHofA

▸ Create a Listmania! list

**Search Listmania!**
[     ] 

ADVERTISEMENT


Exhibit B


★★☆☆☆ (3)
**Home & Garden:** See all 24 items

9.  **Premier Gentle Spray Anti-Bark Collar STARTER KIT** by Premier Pet Products
Buy new: $145.99 **$59.93**
In stock. Processing takes an additional 2 to 3 days.
★★☆☆☆ (7)
**Home & Garden:** See all 24 items

10.  **Help! I'm Barking and I Can't Be Quiet: A pet parenting guide** by Daniel Q. Estep and Suzanne Hetts (**Paperback** - Sep 30, 2004)
Buy new: **$19.95**    2 Used & new from $9.99
Get it by **Tuesday, Jun 10** if you order in the next **3 hours** and choose one-day shipping.
★☆☆☆☆ (1)    Eligible for **FREE** Super Saver Shipping.
**Excerpt** - page 49: "... of anti-bark collar is warranted, we usually recommend The Premier **Gentle Spray** Collar®. It is available at www.AnimalBehaviorAssociates. ..."
**Surprise me!** See a random page in this book.
**Books:** See all 354 items

11.  **Gentle Spray Citronella Refill** by Premier
Buy new: **$7.02**    4 Used & new from $7.00
In stock. Processing takes an additional 2 to 3 days.
**Home & Garden:** See all 24 items

12.  **PREMIER GENTLE SPRAY CITRONELLA ANTI-BARK COLLAR** by Premier
Buy new: **$36.99**    4 Used & new from $36.99
In Stock
★★★☆☆ (2)
**Home & Garden:** See all 24 items

13.  **Premier Gentle Spray Bark Control Citronella Refill** by Premier Pet
Buy new: **$7.63**    3 Used & new from $7.63
In Stock
★★★★½ (2)
**Home & Garden:** See all 24 items

14.  **The Vegetable Gardener's Bible: Discover Ed's High-Yield W-O-R-D System for All North American Gardening Regions** by Edward C. Smith (**Paperback** - Feb 15, 2000)
Buy new: $24.95 **$16.47**    44 Used & new from $14.95
Get it by **Tuesday, Jun 10** if you order in the next **3 hours** and choose one-day shipping.
★★★★★ (48)    Eligible for **FREE** Super Saver Shipping.
**Excerpt** - page 95: "... Y-shaped, **gentle spray** that's easy on the plants and the soil while covering ..."
**Surprise me!** See a random page in this book.
**Books:** See all 354 items

15.  **2 Premier Gentle Spray Citronella Anti Bark Refill NEW** by Premier Pet Products
1 Used & new from $18.99
**Home & Garden:** See all 24 items

16.  **GENTLE SPRAY BATTERY CLIP STRIP OF 6 RETAIL GSBAT6VCLIPSTRIP** by PREMIER PET PRODUCTS
Currently unavailable
**Health & Personal Care:** See all 5 items

Showing Top Results   « Previous | **Page:** **1**  2  3  |  Next »

**SPONSORED LINKS** (What's this?)

Citronella Collar $49.44
www.countrysidepet.net   Free Shipping Top of the line with off/on switch

**Gentle Spray** Sale
EntirelyPets.com   Get **Gentle Spray** up to 50% Off! Ships Today. Call 1-800-889-8967.

Premier Pet Products
www.Litterboy.com   **Gentle Spray** Collar, SpraySense Easy Walk Harness, Busy Buddy Toys

**Search Feedback**
Did you find what you were looking for?  [Yes] [No]

If you need help or have a question for Customer Service, please visit the Help Section.

Can't find what you're looking for? Ask Askville! There's a growing community of people just waiting to answer your question. **Give it a try!**



Search powered by 

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

Search  Amazon.com  [   ]  [GO]

Your Recent History  (What's this?)

**You have no recently viewed items or searches.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Loading Recommendations...

Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use  |  Privacy Notice  © 1996-2008, Amazon.com, Inc. or its affiliates

**Hello.** Sign in to get personalized recommendations. New customer? Start here.   **Shopping for Father's Day Gifts?** Sponsored by Casio Watches

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

[Home & Garden ▾] [                    ]

Home & Garden | Browse Brands & Products | BESTSELLERS | Bedding & Bath | Vacuums | Kitchen & Dining | Patio & Garden | Outlet | Gift Ideas

This item is not eligible for Amazon Prime, but millions of other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image
Share your own customer images

# PREMIER GENTLE SPRAY CITRONELLA ANTI-BARK COLLAR

Other products by **Premier**

★★★☆☆ (2 customer reviews)

Price: **$36.99**

Special Offers Available

**In Stock.**
Ships from and sold by **Happy Dog Place**.

**4 used & new** available from $36.99

**$36.99** + $8.00 shipping
In Stock. Ships from and sold by **Happy Dog Place**

Quantity: [1]



or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**Litterboy Pet Products**     [Add to Cart]
**$38.93** + $6.37 shipping
In Stock

**Shopzone**     [Add to Cart]
**$42.00** + $13.00 shipping
In Stock

**EntirelyPets**     [Add to Cart]
**$49.59** + $5.95 shipping
In Stock

**4 used & new** from $36.99

Get it for less!  [Order it used]
Have one to sell?  [Sell yours here]



## Better Together

Buy this item with **Premier Gentle Spray Bark Control Citronella Refill** Premier Pet today!

  **Buy Together Today: $44.62**  [Add both to Cart]

## Customers Who Bought This Item Also Bought

   

| Premier Gentle Spray Anti-Bark Dog Collar | Premier Batteries for Gentle Spray products 6 volt 2 per pack | Petsafe 6-Volt Lithium Battery, Set of 2 | Gentle Spray Replacement Battery 2-Pack | Premier Gentle Spray Bark Control Citronella Refill |
|---|---|---|---|---|
| ★★★☆☆ (203) $32.89 | ★★☆☆☆ (3) $6.79 | ★★★★☆ (38) $7.55 | ★★★★★ (2) $5.69 | ★★★★★ (2) $7.63 |

## Product Features

- NEW MODEL WITH CONVENIENT ON/OFF SWITCH!
- Anti-Bark Device (weighs approximately 2.5 oz. and can be worn by dogs 6 lbs. and over)
- Adjustable Nylon Collar
- One 6-Volt Alkaline Battery
- Detailed Instructions

## Special Offers and Product Promotions

- Receive 1 Bag Dispenser with Refill free when you purchase $75.00 or more of Qualifying Items offered by Happy Dog Place. Here's how (restrictions apply)

## Product Details

**Shipping Weight:** 2 pounds (View shipping rates and policies)
**ASIN:** B000QC470Q
**Average Customer Review:** ★★★☆☆ (2 customer reviews)
**Amazon.com Sales Rank:** #47,632 in Home & Garden (See Bestsellers in Home & Garden)
   Popular in this category: (What's this?)

**Exhibit C**

#34 in **Home & Garden** > **Pet Supplies** > **Training & Behavior Aids** > **Barking Deterrents**

Would you like to **give feedback on images**?

## Product Description

**Product Description**
Immediately and humanely stop problem barking. This bark collar can be used with any breed of dog that is at least 6 months old and weighs 6 lbs. or more. The Gentle Spray citronella Anti-Bark Collar is the most effective and humane solution for nuisance barking. Stop the problem barking! Recommended by leading veterinarians, behaviorists, and trainers. Gentle Spray uses patented SprayLogik technology to deliver a harmless burst of citronella spray that interrupts your dog's barking. It's two times more effective than shock collars. The spray works on four of the dog's senses - he sees it, hears it, smells it and feels it. Includes: anti-bark device (weighs 2.5 oz) citronella refill adjustable nylon collar 6-volt battery detailed instructions and lifetime warranty

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Spray Bark Control Collar**
PETSUPPLYTOGO.COM    PSBC-300 by PetSafe $35.28 Proven **anti bark** system

**Citronella Collar** $49.44
www.countrysidepet.net    Free Shipping Top of the line with off/on switch

**Bark Collar - Low Price**
BarkCollars.PetStreetMall.com    Lowest Prices - Largest Selection Top Rated Bark **Collar** Web Site

See a problem with these advertisements? Let us know                                         Advertise on Amazon

## Looking for "gentle spray" Products?
**Other customers suggested these items:**



Petsafe PUSB-300 UltraLight Sonic Bark Collar Attachment
(12)  $33.58
Suggested by 1 customer



Premier Gentle Spray Anti-Bark Dog Collar
(203)  $32.89
Suggested by 1 customer

## Tags Customers Associate with This Product (What's this?)

Click on a tag to find related items, discussions, and people.

| | | |
|---|---|---|
| anti-bark collar (2) | dog training (2) | dogs (1) |
| anti-barking collars (2) | anti-bark (1) | › **See all 10 tags...** |
| bark control (2) | bark collar (1) | |
| bark deterrent (2) | barking (1) | |

**Search Products Tagged with**



See most popular Tags

**Your tags:** **Add your first tag**

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Customers Who Viewed This Item Also Viewed                Page 1 of 4


**Premier Gentle Spray Anti-Bark Collar STARTER KIT**
$71.99


**Gentle Spray Anti-Bark Collar**
$38.99


**COLLAR ANTIBARK SPRAY 2.4OZ**
★★★★★ (2) $41.25


**Collar Anti-Bark Citroella Md 6**
★★★☆☆ (11) $45.96


**Gentle Leader SpraySense Citronella Spray Anti-Bark Collar**
$32.88


**Premier Gentle Spray Anti-Bark Collar STARTER KIT**
★★☆☆☆ (7) $59.93

› **Explore similar items** :  Kitchen & Dining (14)   Kitchen & Dining (8)   Electronics (1)

### Rate This Item to Improve Your Recommendations

**Sign in** to rate this item
☆☆☆☆☆  ☐ I own it

### Customer Reviews

**2 Reviews**
5 star:     (0)
4 star:     (0)
3 star:  ▆▆ (2)
2 star:     (0)
1 star:     (0)

**Average Customer Review**
★★★☆☆ ( 2 customer reviews )

**Share your thoughts with other customers:**
[Create your own review]

**Most Helpful Customer Reviews**

**Search Customer Reviews**
[_____] [GO!]
☑ Only search this product's reviews

2 of 2 people found the following review helpful:
★★★☆☆ **Don't forget replacement batteries...**, March 3, 2008
By **J. Molley** (Seattle, WA) - See all my reviews
REAL NAME™

This item is great until the batteries die. They are extremely hard to find as they are weird camera battery size. Buy the refill too. The device is ok, but make sure you put it on the right way - read the directions carefully.

💬 Comment | Permalink | Was this review helpful to you?   [Yes] [No]   (Report this)

ADVERTISEMENT

let a robot do the dirty work
iRobot floor cleaning robots
› Shop now at Amazon.com

2 of 2 people found the following review helpful:
★★★☆☆ **spray**, September 24, 2007
By **Catherine Chaney** - See all my reviews
REAL NAME™

Am finally getting the hang of the collar. Had to have it very tight because my dog has saggy skin and wasn't effective. Would have like the instructions to include something about that.

💬 Comment | Permalink | Was this review helpful to you?   [Yes] [No]   (Report this)

Share your thoughts with other customers:
[Create your own review]

› **See all 2 customer reviews...**

### Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

**The Dog Training community**
      Latest activity
                                                                   22 hours ago

1,085 customers have contributed 611 products, 56 lists & guides and more

Ask questions, Share opinions, Gain insight

**Start a new discussion**
Topic: [_____]

56 lists & guides and more...
› **Explore the community**

**The Dogs community**
Latest activity **39 minutes ago**

3,436 customers have contributed 2,666 products, 38 discussions and more...
› **Explore the community**

**Explore related forums**
[anti-bark collar ▾] [GO]

---

**Product Information from the Amapedia Community** Beta (What's this?)

Be the first person to **add an article about this item at Amapedia.com**.

› See featured Amapedia.com articles

---

## Listmania!


Disney Movies From 2003-2007: A list by Cameron "Cam" ▾

**Search Listmania!**
[_____] [GO]


Dog Supplies: A list by Baddog ▾


Gifts for pets: A list by Yisrael Rosenthal "pet lover" ▾

Create a Listmania! list

## So You'd Like to...


Don't get stuck in a rut.: A guide by L. Perlman ▾

**Search Guides**
[_____] [GO]

Create a guide

---

**Look for Similar Items by Category**
Pet Supplies > Training & Behavior Aids > Barking Deterrents

---

| **Gift Sets from LUSH** | **$40 Norelco and Sonicare Bonus** | **Candy Crate: 20% Off** | **Ahava Gift Set: Free Shipping** |
|---|---|---|---|
| Find bath bombs, bubble bars, and more great gifts from LUSH Fresh Handmade Cosmetics. | Get $40 back when you spend $139 or more on select Norelco and Sonicare products offered by Amazon.com. | Get 20% off the Mother Pucker's Hot Sauce Gift Basket for a limited time only from Candy Crate. | Get free shipping on the Ahava Mens Power Essentials gift set for Father's Day. Hurry while supplies last. Click here for more gift sets from Amazon Beauty. |

ADVERTISEMENT



**Feedback**

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images**?
- Is there any other feedback you would like to provide? **Click here**

| Happy Dog Place Privacy Statement | Happy Dog Place Shipping Information | Happy Dog Place Returns & Exchanges |

**Where's My Stuff?**
Track your recent orders.
View or change your orders in Your Account.

**Shipping & Returns**
See our shipping rates & policies.
Return an item (here's our Returns Policy).

**Need Help?**
Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.

Search  [Amazon.com ▼]  [        ]  [GO!]

**Your Recent History** (What's this?)

**Recently Viewed Products**
After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Loading Recommendations...



**Recent Searches**
"Gentle Spray"  (All Products)

› **View & edit Your Browsing History**

  **Amazon.com Home**  |  **Directory of All Stores**

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use  |  Privacy Notice  © 1996-2008, Amazon.com, Inc. or its affiliates



**Exhibit D**









