Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) CIVIL ACTION NO. 08-CV-03251 (LMM) |
| v. | ) |
| PREMIER PET PRODUCTS, INC., | ) **MOTION TO ADMIT COUNSEL** |
| | ) *PRO HAC VICE* |
| Defendant/Counterclaim Plaintiff. | ) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Keith E. Sharkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Kristine M. Boylan |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 332-5300 |
| Fax Number: | (612) 332-9081 |
| Email Address: | KBoylan@merchantgould.com |
| To Represent: | Defendant and Counterclaim Plaintiff |

Kristine M. Boylan is a member in good standing of the Bar of the State of Minnesota and the Bar of the State of Wisconsin. There are no pending disciplinary proceeding against Kristine M. Boylan in any State or Federal court.

Dated:  June 10, 2008

Respectfully submitted,

*[signature]*

Keith E. Sharkin
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
ksharkin@kslaw.com


Attorney for Premier Pet Products, Inc.

Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION No. 08-CV-03251 (LMM) <br><br> **AFFIDAVIT OF KEITH E. SHARKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Keith E. Sharkin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at King & Spalding, LLP, counsel for Defendant and Counterclaim Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Counterclaim Plaintiff's motion to admit Kristine M. Boylan, Esq. as counsel *pro hac vice* to represent Defendant/Counterclaim Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kristine M. Boylan since early this year.

4. Kristine Boylan is a partner at Merchant & Gould in Minneapolis, Minnesota.

5.  I have found Kristine Boylan to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Kristine Boylan, pr*o hac vice*.

7.  I respectfully submit a proposed order granting the admission of Kristine M. Boylan, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Kristine M. Boylan, *pro hac vice*, to represent Defendant/Counterclaim Plaintiff in the above captioned matter, be granted.

_____
Keith E. Sharkin

Sworn to before me this
10 day of June, 2008

_____
Notary Public

STEPHEN S. MURAWSKI
Notary Public, State of New York
No. 01MU6115044
Qualified in NASSAU County
Certificate Filed in New York County
Commission Expires August 30, 20__



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KRISTINE MARIE BOYLAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 1998

Given under my hand and seal of this court on

June 03, 2008

Fredrick K. Grittner
Clerk of Appellate Courts



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*KRISTINE M. BOYLAN*

*was admitted to practice as an attorney within this state on June 22, 2004 and is presently in good standing in this court.*

*Dated: June 4, 2008*

*DAVID R. SCHANKER
Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MULTI-VET LTD., )
)
)
       Plaintiff/Counterclaim Defendant, )   CIVIL ACTION NO. 08-CV-03251 (LMM)
)
v. )
)
PREMIER PET PRODUCTS, INC., )   **ORDER FOR ADMISSION**
)   **PRO HAC VICE**
)   **ON WRITTEN MOTION**
       Defendant/Counterclaim Plaintiff. )

      Upon the motion of Keith E. Sharkin, attorney for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Kristine M. Boylan |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 332-5300 |
| Fax Number: | (612) 332-9081 |
| Email Address: | KBoylan@merchantgould.com |
| To Represent: | Defendant and Counterclaim Plaintiff |

is admitted to practice *pro hac vice* as counsel for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____

New York, New York

_____
United States District Judge

Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMIER PET PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO. 08-CV-03251 (LMM) |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a true and correct copy of the (i) Motion To Admit Counsel *Pro Hac Vice*, (ii) Affidavit of Keith E. Sharkin In Support Of Motion To Admit Counsel *Pro Hac Vice*, (iii) Certificates of Good Standing for the Supreme Court of Minnesota and Wisconsin Supreme Court, and (iv) Order For Admission *Pro Hac Vice* On Written Motion by electronic mail and by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows:

Lawrence E. Abelman
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017

Date: June 10, 2008

_____
Keith E. Sharkin