UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

MULTI-VET LTD., )
)
)
Plaintiff/Counterclaim Defendant, )   CIVIL ACTION No. 08-CV-03251 (LMM)
)
v. )
)
PREMIER PET PRODUCTS, INC., )   **ORDER FOR ADMISSION**
)   **PRO HAC VICE**
)   **ON WRITTEN MOTION**
Defendant/Counterclaim Plaintiff. )

Upon the motion of Keith E. Sharkin, attorney for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Kristine M. Boylan |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 332-5300 |
| Fax Number: | (612) 332-9081 |
| Email Address: | KBoylan@merchantgould.com |
| To Represent: | Defendant and Counterclaim Plaintiff |

is admitted to practice *pro hac vice* as counsel for Defendant and Counterclaim Plaintiff Premier Pet Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.





Dated: 6/16/08

New York, New York

_____
United States District Judge

Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MULTI-VET LTD., )<br>)<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PREMIER PET PRODUCTS, INC., )<br>)<br>)<br>Defendant/Counterclaim Plaintiff. ) | CIVIL ACTION NO. 08-CV-03251 (LMM) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a true and correct copy of the (i) Motion To Admit Counsel *Pro Hac Vice*, (ii) Affidavit of Keith E. Sharkin In Support Of Motion To Admit Counsel *Pro Hac Vice*, (iii) Certificates of Good Standing for the Supreme Court of Minnesota and Wisconsin Supreme Court, and (iv) Order For Admission *Pro Hac Vice* On Written Motion by electronic mail and by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows:

> Lawrence E. Abelman
> Abelman, Frayne & Schwab
> 666 Third Avenue
> New York, NY 10017

Date: June 10, 2008

_____
Keith E. Sharkin