Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant and Counterclaim Plaintiff

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MULTI-VET LTD.,** )<br>)<br>**Plaintiff and** )<br>**Counterclaim Defendant,** )<br>)<br>v. )<br>)<br>**PREMIER PET PRODUCTS, INC.,** )<br>)<br>**Defendant and** )<br>**Counterclaim Plaintiff.** )<br>)<br>_____ ) | Civil Action No. 08-cv-03251 (LMM)<br><br>Supplemental Declaration of Sharon Madere in Support of Defendant's Motion for a Preliminary Injunction |

I, Sharon Madere, do hereby state as follows:

1. My name is Sharon Madere. I am the founder and an owner of Premier Pet Products, LLC ("Premier"). I have personal knowledge of the facts stated in this declaration, and if called upon, could so testify.

2. I submit this supplemental declaration in support of Premier's motion for a preliminary injunction to prohibit any further sales by Plaintiff and Counterclaim

Defendant Multi-Vet Ltd. ("Multi-Vet") of its "Gentle Spray" anti-bark collar in the United States to correct my declaration dated June 12, 2008.

3. In paragraph 31 of my declaration dated June 12, 2008, I stated that "In October 2007, in an effort to avoid litigation with Multi-Vet and compromise regarding our mutual misunderstanding regarding ownership of the GENTLE SPRAY name, Premier began selling its anti-bark collar under the name SPRAY SENSE." The date in the paragraph was incorrect. The correct date is February 2008.

4. Page 5 of Defendant's Brief in Support of its Motion for Preliminary Injunction also references the incorrect date of October 2007, which should be February 2008.

I declare under the penalty of perjury that the foregoing is true and correct.

6/20/08
Date

Sharon Madere

**CERTIFICATE OF SERVICE**

This is to certify that on June 20th, 2008, I caused to be served a true and correct copy of the Supplemental Declaration of Sharon Mardere in Support of Defendant's Motion for a Preliminary Injunction upon the necessary parties via electronically filing with the Court's CM/ECF system.

Dated: New York, New York
    June 20th, 2008

_____
Susan A. Kim