## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MULTI-VET LTD.,** ) | |
| ) | |
|     **Plaintiff and** ) | |
|     **Counterclaim Defendant,** ) | |
| ) | |
|   **v.** ) | |
| ) | **Civil Action No. 08-cv-03251** |
| **PREMIER PET PRODUCTS, INC.,** ) | |
| ) | |
|     **Defendants and** ) | |
|     **Counterclaim Plaintiff.** ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

It is hereby certified that true and correct copy of the *Proposed Stipulated Scheduling Order* was served this day via U.S. mail delivery, in an envelope addressed to:

Lawrence E. Abelman
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017

Dated: June 13, 2008                               _s/ Elizabeth Zidones_____
                                                   Elizabeth A. Zidones