Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant and Counterclaim Plaintiff

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MULTI-VET LTD.,** | ) | |
| | ) | |
| **Plaintiff and** | ) | |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Civil Action No. 08-cv-03251 (LMM) |
| **PREMIER PET PRODUCTS, INC.,** | ) | |
| | ) | |
| **Defendant and Counterclaim** | ) | Declaration of Holly Graham in Support of |
| **Plaintiff.** | ) | Defendant's Motion for a Preliminary Injunction |
| | ) | |

I, Holly Graham, do hereby state as follows:

1.      My name is Holly Graham.  I am a customer service representative at Premier Pet Products, LLC ("Premier").  I have personal knowledge of the facts stated in this declaration, and if called upon, could so testify.

2.      I submit this supplemental declaration in support of Premier's motion for a preliminary injunction to prohibit any further sales by Plaintiff and Counterclaim Defendant Multi-Vet Ltd. ("Multi-Vet") of its "Gentle Spray" anti-bark collar in the United States.

3.    On May 27, 2008, I fielded a call from a consumer who had mistakenly ordered a Multi-Vet collar that appeared in Multi-Vet's knock-off packaging online, thinking it was Premier's GENTLE SPRAY product.

4.    This customer was the client of a dog trainer. The trainer had specifically recommended that the customer purchase a Premier GENTLE SPRAY anti-bark collar. The customer went online to order a GENTLE SPRAY anti-bark collar from www.entirelypets.com. While on the website, the customer clicked on a link that described the Premier GENTLE SPRAY product. She subsequently received a Multi-Vet GENTLE SPRAY anti-bark collar rather than a Premier GENTLE SPRAY anti-bark collar. This pet owner wanted Premier's GENTLE SPRAY product based on the recommendation of her trainer and was sufficiently concerned to contact us directly to resolve the confusion.

I declare under the penalty of perjury that the foregoing is true and correct.


JuLY 10, 2008
_____
Date

Holly Graham
_____
Holly Graham