IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., )<br>)<br>    **Plaintiff and** )<br>    **Counterclaim Defendant,** )<br>)<br>v. )<br>)<br>PREMIER PET PRODUCTS, INC., )<br>)<br>    **Defendant and Counterclaim** )<br>    **Plaintiff.** )<br>) | Civil Action No. 08-cv-03251 (LMM)<br><br>Supplemental Declaration of Holly Graham in Support of Defendant's Motion for a Preliminary Injunction |

    I, Holly Graham, do hereby state as follows:

    1.    My name is Holly Graham. I am a customer service representative at Premier Pet Products, LLC ("Premier"). I have personal knowledge of the facts stated in this declaration, and if called upon, could so testify.

    2.    I submit this supplemental declaration in support of Premier's motion for a preliminary injunction to prohibit any further sales by Plaintiff and Counterclaim Defendant Multi-Vet Ltd. ("Multi-Vet") of its "Gentle Spray" anti-bark collar in the United States filed on June 13, 2008.

    3.    On July 28, 2008, I received a call from a consumer, Mrs. Lombardi, who received two defective anti-bark collars. The Mrs. Lombardi's son, Scott, ordered the collars from www.entirelypets.com on July 12, 2008. After discovering that the anti-bark collars were defective, Mrs. Lombardi contacted www.entirelypets.com. Mrs. Lombardi

was advised to call Premier Pet Products.

4.   When I spoke to Mrs. Lombardi, I asked her various questions about the collars. After a brief discussion, I realized that Mrs. Lombardi had not purchased Premier collars but had instead purchased Multi-Vet collars. Mrs. Lombardi confirmed that the packaging featured the head of a golden retriever and that it had the Multi-Vet name.

5.   Mrs. Lombardi then faxed me a copy of her invoice for the collars. A true and correct copy of that invoice is attached as **Exhibit A**. This invoice, received by the Lombardis, from entirelypets.com describes the Multi-Vet product sold as a "Premier Gentle Spray Anti-Bark Dog Collar."


I declare under the penalty of perjury that the foregoing is true and correct.


7/31/08
Date

Holly Graham
Holly Graham

Received Time Jul. 28. 2008 11:54AM No. 1372

# EntirelyPets.com™

43450 mintwood street
Fremont, CA 94538

Email: Sales@entirelypets.com
Phone: (800) 889-8967

SOLD TO:
Scott Lombardi
35 Grand Bay Cir
Juno Beach, FL 33408-2162
USA

SHIP TO:
Scott Lombardi
35 Grand Bay Cir
Juno Beach, FL 33408-2162
USA

Order Number: 105-4317452 / 057-5220260
Alt ID:
Batch: H896.txt
Shipment Number: 3717452-1
Date: 12-Jul-2008
Keycode: AMSELLERCENTRAL

#2  #8

| Qty | Ship Qty | Status | Product Code | Pick Location | Description | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 2 | 2 | OK | CITROCOLLAR | 3A-2A-1 | Premier Gentle Spray Anti-Bark Dog Collar | 32.99 | 65.98 |

Page 1/1 (Last Page)

Status Codes:
OK = In this shipment
P/S = Previously shipped
N/S = Not yet shipped
B/O = Back-ordered
C/L = Cancelled

NET ORDER: 65.98
TAX: 0.00
SHIPPING: 5.95
ORDER TOTAL: 71.93

Thank you for your Order!

Shipping Method: Ground 4-7 day ($5.95)
Instructions:

Gift Message :

561-630-9493

**Exhibit A**    F

