IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTI-VET LTD., | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-cv-03251 (LMM) |
| PREMIER PET PRODUCTS, INC., | ) |
| | ) Supplemental Declaration of Sharon Madere in |
| Defendant and Counterclaim | ) Support of Defendant's Motion for a Preliminary |
| Plaintiff. | ) Injunction |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

I, Sharon Madere, do hereby state as follows:

1.     My name is Sharon Madere. I am the founder and an owner of Premier Pet Products,
LLC ("Premier"). I have personal knowledge of the facts stated in this declaration, and if called upon,
could so testify.

2.     I submit this supplemental declaration in support of Premier's motion for a preliminary
injunction to prohibit any further sales by Plaintiff and Counterclaim Defendant Multi-Vet Ltd. ("Multi-
Vet") of its "Gentle Spray" anti-bark collar in the United States filed on June 13, 2008.

3.     I instructed one of my sales staff to obtain a Multi-Vet anti-bark collar in the new
GENTLE SPRAY packaging from one of our customers, Waggin Tails.

4.     Waggin Tails provided us with one of the new Multi-Vet collars. It was brought to my
office on July 28, 2008. Upon inspection, I noticed that the package bears a sticker affixed to the package
by Waggin Tails that shows the item ID code as "PREMIERGSC." An item ID code is a designation used
by the retailer to identify products for inventory purposes. In this case, Waggin Tails used a designation
that stands for Premier Gentle Spray Collar on a Multi-Vet product. A true and correct copy of a

photograph showing the package with the sticker is attached as **Exhibit A.**


I declare under the penalty of perjury that the foregoing is true and correct.


_____
7/30/08
Date

_____
Sharon Madere



**Exhibit A**