**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MULTI-VET LTD.,** | ) |
| | ) |
|     **Plaintiff and** | ) |
|     **Counterclaim Defendant,** | ) |
| | ) |
|   **v.** | ) |
| | ) Civil Action No. 08-cv-03251 |
| **PREMIER PET PRODUCTS, INC.,** | ) |
| | ) |
|     **Defendants and** | ) |
|     **Counterclaim Plaintiff.** | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that true and correct copy of the following documents:

1. Supplemental Declaration of Sharon Madere in Support of Defendant's Motion for a Preliminary Injunction; and

2. Supplemental Declaration of Holly Graham in Support of Defendant's Motion for a Preliminary Injunction

were served this day via Federal Express upon the following:

Lawrence E. Abelman
Michael Aschen
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017
leabelman@lawabel.com
maschen@lawabel.com


Dated: July 31, 2008                                                 s/Elizabeth Zidones
                                                                                               Elizabeth A. Zidones